**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MARCUS HONZU,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:22-cv-00292** |
| | : | |
| **v.** | : | **Chief Judge Algenon L. Marbley** |
| | : | **Magistrate Judge Kimberly A. Jolson** |
| | : | |
| **JOHN DOE [1] – CHIEF INSPECTOR** | : | |
| **OF ODRC,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

On July 27, 2023, Plaintiff filed a motion to further amend or supplement his Amended Complaint. (ECF No. 28). On August 31, 2023, the Magistrate Judge issued a Report and Recommendation ("R&R") recommending that this Court deny Plaintiff's motion without prejudice to him presenting the new claims in a separate action. (ECF No. 29). Plaintiff was advised of his right to object to the R&R within fourteen days and of the rights he would waive by failing to do so. (*Id*. at PageID 275-276).

This Court has reviewed the R&R. Noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, this Court hereby **ADOPTS** the R&R (ECF No. 29) and **DENIES** Plaintiff's motion to further amend or supplement his Amended Complaint (ECF No. 28) without prejudice to him presenting the new claims in a separate case.

**IT IS SO ORDERED.**

ALGENON L. MARBLEY
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED:  December 1, 2023**