IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MARCUS HONZU, | : |
| Plaintiff, | : Case No. 2:22-cv-292 |
| v. | : Chief Judge Algenon L. Marbley |
| | : Magistrate Judge Kimberly A. Jolson |
| JOHN DOE [1] – CHIEF INSPECTOR OF ODRC, *et al.*, | : |
| Defendants. | : |

**ORDER**

This matter is before this Court on the Magistrate Judge's Report and Recommendation ("R&R") (ECF No. 50). that this Court grant in part and deny in part Defendant's Motion to Dismiss. (ECF No. 30).

In her R&R, the Magistrate Judge advised Plaintiff that he had fourteen days to raise any objections. (ECF No. 50 at 26). The R&R also notified him that a failure to object within the applicable time period would result in a waiver of the right to have the district judge review the R&R *de novo*. (*Id.*). On February 8, 2024, this Court granted Plaintiff's Motion for an Extension of Time to File Objections (ECF No. 51). Plaintiff never filed any objections. This Court has reviewed the R&R. Noting no objections and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, this Court **ADOPTS** the R&R (ECF No. 50) as this Court's findings of facts and law.

Plaintiff's First Amendment retaliation claims against Defendant Hyatt, Defendant Spetnagel, and Defendant Anthony may **PROCEED.** Plaintiff's First Amendment interference with privileged legal mail claims against Defendant mailroom supervisor John Doe 3 and Defendant investigator John or Jane Doe 4 may **PROCEED.** Plaintiff's Eighth Amendment failure to protect

1

claim against Defendant Spetnagel may **PROCEED.** Plaintiff's remaining First Amendment retaliation claims, Eighth Amendment deliberate indifference to serious medical needs claims, and Fourteenth Amendment due process claims are **DISMISSED.**

    **IT IS SO ORDERED.**

_____
ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

**DATED: July 12, 2024**