UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MARCUS HONZU, | : |
| | : Case No. 2:22-cv-292 |
| **Plaintiff,** | : |
| | : District Judge Algenon L. Marbley |
| v. | : |
| | : Magistrate Judge Jolson |
| JOHN DOE [1] – CHIEF INSPECTOR OF ORDC, *et. al.*, | : |
| | : |
| **Defendants.** | : |

## OPINION & ORDER

On August 19, 2025, the Magistrate Judge issued a Report and Recommendation ("R&R") in this case (ECF No. 103), recommending that this Court grant Defendants' Motion for Summary Judgment (ECF No. 93). The report further recommends that Plaintiff's unexhausted First Amendment claims against Defendants Spetnagel and Anthony and Eighth Amendment claim against Defendant Spetnagel be dismissed without prejudice. No objections were filed. Time having run, and finding no clear error, this Court **ADOPTS** the Report and Recommendation, **GRANTS** Defendants' Motion for Summary Judgment, and **DISMISSES WITHOUT PREJUDICE** Plaintiff's unexhausted First and Eighth Amendment claims.

IT IS SO ORDERED.

**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED: November 18, 2025**